UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MELISSA SUE GRIGSBY,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. C21-5241-MLP<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner will instruct the administrative law judge (ALJ) to offer Plaintiff the opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision. Upon remand, the ALJ will reevaluate the opinion evidence, reevaluate Plaintiff's subjective complaints, and reevaluate Plaintiff's residual functional capacity. The ALJ will evaluate the nature, severity, and effects of Plaintiff's medically determinable post-traumatic stress disorder. If necessary, the ALJ will obtain supplemental vocational expert testimony.

DATED this 6th day of December, 2021.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Edmund Darcher
EDMUND DARCHER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2662
Fax: (206) 615-2531
edmund.darcher@ssa.gov